UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:20-cv-137

| | |
|---|---|
| ANITA MOSS, ON BEHALF OF HERSELF AND OTHERS SIMILARLY SITUATED,<br><br>Plaintiff<br><br>v.<br><br>SENIOR CARE CAROLINAS, PLLC, INNOVATIVE HEALTHCARE MANAGEMENT, LLC and MELISSA LYNCH,<br><br>Defendants | **DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

NOW COMES the Defendants Senior Care Carolinas, PLLC, Innovative Healthcare Management, LLC and Melissa Lynch, acting by and through their attorneys, Cranfill Sumner & Hartzog, LLP, and respectfully shows unto the Court that these Defendants were served with the Summons and Complaint on or about March 18, 2020; and that additional time is needed for investigation and preparation of a response in the above case.

Therefore, these Defendants respectfully move the Court for an additional twenty-one (21) day extension of time, within which to serve answer or otherwise respond.

This the 24th day of March, 2020.

CRANFILL SUMNER & HARTZOG LLP

BY: _____/s/ Ryan D. Bolick_____
Ryan D. Bolick, NC Bar #26482
Attorney for Defendants
P.O. Box 30787
Charlotte, NC 28230
Telephone (704) 332-8300
Facsimile (704) 332-9994
rbolick@cshlaw.com

# CERTIFICATE OF SERVICE

     I hereby certify that on this date, I electronically filed the foregoing DEFENDANTS' MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorney of record referenced below:

L. Michelle Gessner
GESSNERLAW, PLLC
602 East Morehead Street
Charlotte, NC 28202
Email: michelle@mgessnerlaw.com

This the 24th day of March, 2020.

CRANFILL SUMNER & HARTZOG LLP

BY:     /s/ Ryan D. Bolick
    Ryan D. Bolick, NC Bar #26482
    Attorney for Defendants
    P.O. Box 30787
    Charlotte, NC 28230
    Telephone (704) 332-8300
    Facsimile (704) 332-9994
    rbolick@cshlaw.com